UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DONNELL ROBINSON, | ) Case No. EDCV 08-985 JLS (JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JAMES A. YATES, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: August 14, 2015

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE